In re  Pontiac General Hospital and Medical Center                     Case No.  08-60731
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | petty cash | - | 4,950.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See attached list ($5,229,576 in restricted funds) | - | 7,552,029.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | see attached list | - | 571,487.08 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | prepaid insurance | - | 88,787.64 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                Sub-Total >    8,217,253.72
                                                              (Total of this page)

  3  continuation sheets attached to the Schedule of Personal Property

In re **Pontiac General Hospital and Medical Center**      Case No. __08-60731__
                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership of NOMC Insurance Co., Ltd. % HSBC Bank (Cayman) Ltd. P.O. Box 1109 GT Styrathvale House, North Church Street Georgetown, Grand Cayman CAYMAN ISLANDS | - | Unknown |
| | | 50% ownership of North Oakland Physician Helath Organization, Inc. Location: 461 West Huron Street, Pontiac MI | - | Unknown |
| | | 100% ownership of NOMC Physician Services, Inc. Location: 461 West Huron Street, Pontiac MI | - | Unknown |
| | | 100% ownership of NOMC Services, Corp. Location: 461 West Huron Street, Pontiac MI | - | Unknown |
| | | 100% ownership of RT Specialists, Inc. Location: 461 West Huron Street, Pontiac MI | - | 1,450,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | 51% ownership of North Oakland ASC LLC 1305 North Oakland Blvd., Waterford, MI 48327-1547 | - | 975,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | see attached list | - | 4,153,876.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

                                                                      Sub-Total >      6,578,876.00
                                                                      (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re  **Pontiac General Hospital and Medical Center**  Case No. __ 08-60731 __
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | automobiles - net book value | - | 42,543.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | net book value (appraised value $1.8 million) | - | 8,479,907.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| | | | Sub-Total > (Total of this page) | 8,522,450.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re   **Pontiac General Hospital and Medical Center**                          Case No.   __08-60731__
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---:|
| 30. Inventory. | | General Stores | - | 207,334.23 |
| | | Medicine/Drug | - | 429,135.56 |
| | | Surgery | - | 292,370.19 |
| | | SPD | - | 0.00 |
| | | Lab | - | 215,109.23 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | prepaid association dues | - | 8,920.13 |
| | | see attached list | - | 906,914.84 |
| | | Doctors' meals          12,711<br>Doctors' answering service  6,589<br>Empl. adv. vacation          130 | - | 19,430.00 |
| | | Capital interest - 2003   49,205<br>Capital interest - 2004   34,515 | - | 83,720.00 |
| | | land improvements - net book value | - | 231,269.00 |
| | | capital leases - net book value | - | 977,346.00 |

Sub Total >   3,371,549.18
(Total of this page)

Total >   26,690,129.90

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Schedule B #2

| | Description | Type | Bank | Address | City/State | Account # | Balance | Notes |
|---|---|---|---|---|---|---|---|---|
| PGMC | Pontiac General Hospital & Medical Center | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****5343 | 217,842 | Main Account Deposits, Wire Transfers |
| PGMC | Pontiac General Hospital & Medical Center | Bank Account | National City Bank | PO Box 8043 | Pontiac, MI 48008 | ****33700 | - | Zero Balance Check Clearing Account |
| PGMC | Pontiac General Hospital & Medical Center | Bank Account | National City Bank | PO Box 8743 | Cleveland, OH 44101 | ****09398 | - | Zero Balance Check Clearing Account |
| PGMC | Pontiac General Hospital & Medical Center | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****33861 | - | Zero Balance Payroll Check Clearing Account |
| PGMC | PGMC-White Lake Market | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****92260 | - | |
| PGMC | PGMC-EuroPeds | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****92461 | 47,026 | |
| PGMC | PGMC-Bloomfield Hills | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****92336 | - | |
| PGMC | PGMC Family Practice | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****95365 | 5,640 | |
| PGMC | PGMC Patient Access | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****3896 | 29,568 | |
| PGMC | PGMC Walk-In (Ambulatory) Care Center | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****79166 | 77,712 | |
| PGMC | PGMC Patient Accounts | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****03586 | 1,180 | |
| PGMC | PGMC Huron Emergency Physicians | Bank Account | National City Bank | PO Box 8043 | Royal Oak, MI 48068 | ****54562 | 879 | |
| PGMC | PGMC | Bank Account | National City Bank | PO Box 75330 | Detroit, MI 48275 | ****26384 | 618,597 | QA&P account |
| PGMC | PGMC Hospital Revenue Bonds - Interest | Investment Account | US Bank | | | ****1600 | - | |
| PGMC | PGMC Hospital Revenue Bonds - Reserve | Investment Account | US Bank | | | ****1800 | - | |
| PGMC | PGMC Hospital Revenue Bonds - Principal | Investment Account | US Bank | | | ****1600 | 515 | |
| PGMC | PGMC | Investment Account | JPMorgan Chase | PO Box 26114W | Glen Ridge, NJ 07028 | 1,00.00 | 1,184,188 | |
| PGMC | PGMC Prof & Gen Liab Fund | Investment Account | Comerica Bank | PO Box 70000 | Detroit, MI 48275 | ****01.47 | 4,044,782 | |
| PGMC | PGMC Prof & Gen Liab Self Ins Trust | Investment Account | Comerica Bank | PO Box 70000 | Detroit, MI 48275 | ****0772 | 260 | |
| PGMC | PGMC Depreciation Fund | Investment Account | Comerica Bank | PO Box 70000 | Detroit, MI 48275 | ****0785 | 314,271 | |
| | | | | | | | 7,552,323 | |

## NOMC Schedule B # 3 - General Ledger Deposit Balances

| Vendor # | Vendor Name | Year | Amount |
|---|---|---|---|
| 29478 | Delta Dental | 06 | 25,430.00 |
| 15701,10 | Blue Cross | 06 | 359,364.00 |
| 37610 | Federal Express | 92 | 250.00 |
| 23482 | Clarmed Associates (Deer Lake Security Dep) | 95 | 2,828.04 |
| 59916 | JLA Investments (MCH 4000 Highland #118 Security Deposit) | 95 | 2,510.93 |
| 61801 | McNabnay & Assoc (Lake Orion Security Deposit) | 96 | 0.00 |
| 61801 | McNabnay & Assoc. (WMG Lease Security Deposit) | 96 | 0.00 |
| 51491,2,3 | Hospital Shared Services (Member fee-refundable 11/01/97) | 96 | 3,600.00 |
| 67502 | Mid-Oakland Medical Center, Water & Sewer connect Clarkston MRI | 98 | 1,960.00 |
| 67502 | Mid-Oakland Medical Center, Deposit 1st months rent Clarkston MRI | 95 | 7,750.00 |
| 63003 | Marriott Management Services Corporation | 98 | 35,000.00 |
| 67382 | Michigan Healthcare Collections Inc. (1/21/00 working capital advance) | 00 | 40,000.00 |
| 6804 | American Medical Systems (security deposit) | 01 | 1,935.00 |
| 91742 | Service Master Deposit | 01 | 28,807.00 |
| 57102 | JVHL Contract/Affiliation | 02 | 1,000.00 |
| 78521 | Philips Medical Capital   4 CAMERA HP E | 03 | 8,555.11 |
| 78520 | Philips Medical Capital   MX800CT/ CTS EXP 0708 - last payment on old | 03 | 11,083.00 |
| 270C2 | Consumers Energy   1305 N Oakland Blvd, Waterford | 07 | 7,565.00 |
| 270C2 | Consumers Energy   Unknown Address | | 5,335.00 |
| 270C2 | Consumers Energy   461 W. Huron, Pontiac | 05 | 4,130.00 |
| 5252 | American Industrial Lease | 03 | 0.00 |
| 69901 | Moose Holdings, LL | 04 | 2,200.00 |
| 2570 | Accident Fund Insurance Co. | 04 | 18,000.00 |
| 5252 | American Industrial Lease | 04 | 164.00 |
| 313500 | M. Noroozian - 5770 Highland, Waterford | 05 | 4,000.00 |
| 62818 | JULIE MARCEAU - Database Design deposit | 07 | 0.00 |
| | | | 571,487.08 |

\* Please note most deposits have potential off-sets

NORTH OAKLAND MEDICAL CENTER
Schedule R #1f
Accounts Receivable

| Description | Blue Cross | Medicare | Medicaid | Other Contracted & Comml | Physician A/R | SNFD | Other Private Pay | Total |
|---|---|---|---|---|---|---|---|---|
| Gross Accounts Receivable < 365 days | 3,092,419 | 3,359,662 | 1,030,369 | 5,583,704 | | | 3,170,129 | 16,246,933 |
| Gross Accounts Receivable > 365 days | 367,468 | 93,566 | 222,787 | (116,055) | | | 262,284 | 818,093 |
| JMHB | 894,310 | 1,669,188 | 1,624,218 | 2,535,387 | | | 148,400 | 7,071,503 |
| Unknown | | | | | | | | 0 |
| Physician Accounts Receivable: | | | | | | | | 0 |
| AR NOMC PS | | | | | 138,276 | | | 138,276 |
| NOMC PS | | | | | (2,174) | | | (2,174) |
| AR Anesthesia | | | | | 1,290,579 | | | 1,290,579 |
| AR Neonatal | | | | | (22,028) | | | (22,028) |
| AR Emergency | | | | | 812,894 | | | 812,894 |
| AR PT | | | | | 120,031 | | | 120,031 |
| AR EuroPeds | | | | | 150,159 | | | 150,159 |
| AR Other | | | | | (10,890) | | | (10,890) |
| Unapplied cash | | | | | | | (953,324) | (953,324) |
| Gross Accounts Receivable | 4,354,219 | 5,322,416 | 2,877,364 | 8,001,038 | 2,481,849 | 0 | 2,617,500 | 25,659,014 |
| Current year settlement positions | 500,000 | (1,277,496) | (16,242) | | | | | (735,737) |
| Cash to be received | 0 | 0 | 0 | 2,665,066 | 1,037,720 | 0 | 451,090 | 4,153,876 |
| Total Current Year | 500,000 | (1,277,496) | (16,242) | 2,665,068 | 1,037,720 | 0 | 451,090 | 3,359,138 |
| Required allowance to reduce A/R to Cash | (3,854,219) | (6,599,912) | (2,886,225) | (5,335,972) | (1,447,123) | 0 | (2,166,410) | (22,299,878) |
| Recorded allowances | | | | | | | | (21,868,779) |
| Bad Debts | | | | | | | | (1,931,097) |
| Over (under) reserves | | | | | | | | 1,500,000 |
| Net Accounts Receivable on Balance Sheet | | | | | | | | 1,859,139 |
| Prior Years Settlements: | | | | | | | | |
| FY 2007 | (1,000,000) | 67,729 | (1,030,098) | | | | | (1,962,369) |
| FY 2006 | 0 | (166,715) | (850,909) | | | | | (1,017,624) |
| FY 2005 | 0 | 0 | 42,443 | | | | | 42,443 |
| FY 2004 | 0 | 0 | 45,522 | | | | | 45,522 |
| Prior Year Receivables/Payables | (1,000,000) | (98,986) | (1,792,042) | | | | | (2,891,029) |
| Net Program Receivable Current and Prior | (500,000) | (1,376,482) | (1,810,292) | 2,665,066 | 1,037,720 | 0 | 451,090 | 467,111 |

Total Cash Value   4,153,876

Schedule B #35

| VENDOR | DESCRIPTION | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|
| PER-SE TECHNOLOGIES | ANSOS SOFTWARE MAINTENANCE | 7322.0530 | $ (1,987.00) |
| HEALTHLINE SYSTEMS | MAINT. CONTRACT FOR MEDICAL STAFF LI | 9715.0530 | $ 656.31 |
| MICROMEDIX, INC. | DRUGDEX, POISNDEX, DRUG-REAX - PHAR | 8481.0665 | $ - |
| MILLIPORE CORP. | Chemistry - lab water service agreement | 8418.0530 | $ 694.00 |
| Steris Corporation | MAINT CONTRACT | 8419.0530 | $ - |
| Mustang Computer Specialists | COMPUTER SOFTWARE SUPPORT | 9816.0530 | $ 4,916.66 |
| UpToDate | Site License | 9910.0545 | $ 5,191.00 |
| Elekta Inc. - 3 year contract | mailers, brochures, etc. - MTHLY INVOICE | 8438.0530 | $ - |
| Medtronic | Service on LynxPreu Motor Setup | 8419.0530 | $ - |
| Johnson & Johnson | Warranty - 1 console, 1 prcb | 8419.0530 | $ - |
| Mecias Equipment Specialists | Prevent Maint Service | 8946.0540 | $ (2,608.00) |
| Computerized Medical | Service Contract X10  QTRLY | 8438.0530 | $ 7,765.00 |
| Accelatronics Services | Service Contract X10 | 8430.0530 | $ 1,044.85 |
| Varian | Service Contract X10 | 8439.0530 | $ 1,666.64 |
| Siemens | koandim - 2001C8094ft | 9377.0530 | $ 9,007.00 |
| | RXI MAXHM & RXLMAXRH | 8448.0530 | $ 22,152.00 |
| J & J Health Care Systems | Service Contrac. - Sterilizers | 8419.0530 | $ - |
| Logicare Corp | Support Services-E.R. discharge system | 9501.0530 | $ 108.15 |
| Sun Nuclear | t175 Software Support | 8438.0530 | $ 531.83 |
| Copiers Payoff | | 9028.0550 | $ 91,095.54 |
| Butzel Long | Retainer | | $ 183,578.23 |
| Cardinal Health Medical | | | $ 23,767.14 |
| Plante & Moran, PLC | 2007 Audit and Employee Savings Plans | | $ 76,000.00 |
| Darryl Segar, PLC | Retainer | | $ 40,000.00 |
| Huron Consulting Services | Retainer | | $ 200,000.00 |
| Sodexho | Retainc | | $ 222,873.88 |
| A T & T Advertising | Directory Advertising | 9921.0687 | $ 19,761.81 |
| | | | $ - |
| | | | $ 906,914.84 |

08-60731-mbm    Doc 61    Filed 09/03/08    Entered 09/03/08 11:18:02    Page 8 of 8